1633-14

# ELECTRONIC RECORD

COA #   01-13-00431-CR                    OFFENSE:   22.02 (Aggravated Assault)

STYLE:  Steven Allen Jones v. The State of Texas        COUNTY:   Harris

COA DISPOSITION:     AFFIRM              TRIAL COURT:  351st District Court

DATE: 10/30/2014          Publish: NO   TC CASE #:    1345379


# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Steven Allen Jones v. The State of Texas     CCA #:   1633-14

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE:    _____

_____REFUSED_____             JUDGE:   _____

DATE: 03/04/2015              SIGNED: _____     PC: _____

JUDGE: _____         PUBLISH: _____    DNP: _____


------------------------


_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____


**ELECTRONIC RECORD**